to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. George L. Wilkinson* and *Asher Blum* for petitioner. *Messrs. Malcolm K. Buckley* and *Conrad Christel* for respondents.

No. 744. UNITED STATES *v.* WRIGHTWOOD DAIRY CO.; and

No. 783. WRIGHTWOOD DAIRY CO. *v.* UNITED STATES. December 8, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Fahy* for the United States. *Mr. Alvin E. Stein* for the Wrightwood Dairy Co. Reported below: 123 F. 2d 100.

No. 738. UNITED STATES *v.* KERR, ADMINISTRATRIX. December 15, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for the United States. *Mr. Camden R. McAtee* for respondent.

No. 990, October Term, 1940. UNITED STATES *v.* NUNNALLY INVESTMENT Co. See *post,* p. 705.

No. 745. SCHENECTADY UNION PUBLISHING CO. *v.* SWEENEY. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Morris L. Ernst, William A. Roberts,* and *Benjamin Kaplan* for petitioner. *Messrs. John O'Connor* and *William F. Cusick* for respondent.